**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

October 9, 2026

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Espinal v. Mycajita Corporation*
Case No.: 1:26-cv-5935

Dear Judge Subramanian,

Plaintiff respectfully requests a 60-day adjournment of the Initial Pretrial Conference currently scheduled for October 15, 2026, at 3:00 p.m.

Defendant has neither answered the Complaint nor appeared in this action. Accordingly, Plaintiff respectfully requests that the conference be adjourned for 60 days and that Defendant's time to answer or otherwise respond to the Complaint be extended by 30 days, through November 9, 2026, to afford Defendant additional time to appear and respond.

We thank the Court for its consideration.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

/s/Michael A. LaBollita, Esq.
Michael A. LaBollita, Esq.

GRANTED.

The initial pretrial conference is hereby adjourned to December 10, 2026, at 12:30 PM. The parties should file a joint letter, the contents of which are described in the Court's July 16, 2026, order, Dkt. 6, on or before Wednesday, December 2, 2026.

The defendant has until November 9, 2026, to respond to the complaint.

The Clerk of Court is respectfully directed to terminate the motion at ECF 8.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 13, 2026